AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:09 pm, Jul 20, 2018
JEFFREY P. COLWELL, CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Ricardo Daniel-Zeferino,<br>a/k/a Juan Carlos Delacruz, Juan Carlos Serrano<br><br>*Defendant* | )<br>)<br>)  Case No.  18-cr-00331-GPG<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ricardo Daniel-Zeferino, a/k/a Juan Carlos Delacruz, Juan Carlos Serrano                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition       ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Illegal re-entry of removed alien subsequent to a felony conviction, in violation of Title 8, United States Code, Section 1326 (a); (b)(1).

Date: 07/17/2018

s/ J. Garcia-Gonzalez, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

JEFFREY P. COLWELL, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  7/18/18  , and the person was arrested on *(date)*  7/19/18
at *(city and state)*  _____.

Date:  7/19/18

[signature] #6554
*Arresting officer's signature*

Omar Lawton DO
*Printed name and title*