IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-CR-331

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO DANIEL-ZEFERINO,

    Defendant.

---

## ENTRY OF APPEARANCE

---

    Barrett Weisz enters his appearance as CJA counsel of record for the Defendant in the above captioned related matter.

    Respectfully submitted this 21st day of July, 2018.

                                          */s/ Barrett Weisz*
                                          Barrett Weisz
                                          1512 Larimer Street, Suite 650
                                          Denver, CO 80202
                                          Telephone: (303) 575-9390
                                          Fax: (303) 575-9385
                                          weiszllc@gmail.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 21st day of July, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record

             */s/ Barrett Weisz*
             Barrett Weisz