IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-CR-331-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO DANIEL-ZEFERINO,

    Defendant.

## NOTICE OF DISPOSITION

    Ricardo Daniel-Zeferino, through CJA counsel Barrett Weisz, provides notice to the Court that the parties have reached a disposition in this matter. Mr. Zeferino requests that the Court set a change of plea hearing and vacate the current trial, pretrial conference and motions hearing dates.

    Respectfully submitted this 18th day of August, 2018.

                                           */s/ Barrett Weisz*
                                           Barrett Weisz
                                           1512 Larimer Street, Suite 650
                                           Denver, CO 80202
                                           Telephone: (303) 575-9390
                                           Fax: (303) 575-9385
                                           weiszllc@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of August, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record

*/s/ Barrett Weisz*
Barrett Weisz