IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 18-CR-331-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO DANIEL-ZEFERINO,

    Defendant.

---

### NOTICE CONCERNING OBJECTIONS TO PRESENTENCE REPORT

---

    Ricardo Daniel-Zeferino, through CJA counsel Barrett Weisz, provides notice that he has no objections to the presentence report.

    Respectfully submitted this 17th day of December, 2018.

    */s/ Barrett Weisz*
    Barrett Weisz
    1512 Larimer Street, Suite 650
    Denver, CO 80202
    Telephone: (303) 575-9390
    Fax: (303) 575-9385
    weiszllc@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record

                                          */s/ Barrett Weisz*
                                          Barrett Weisz