IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   18-cr-00331-MSK-GPG

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**RICARDO DANIEL-ZEFERINO,**

Defendant.

---

## GOVERNMENT'S MOTION FOR A
## THREE-LEVEL DOWNWARD DEPARTURE

---

The United States of America, by and through Jason R. Dunn, United States Attorney, and Pete Hautzinger, Assistant United States Attorney, moves for a three-level downward departure pursuant to § 5K3.1 of the United States Sentencing Guidelines (USSG) authorizing early disposition programs. The defendant qualifies for this three-level downward departure under this District's "fast track" policy, and this motion is specifically contemplated in section (I)(C) of the plea agreement entered into to resolve this matter.

Respectfully submitted this 27th day of December, 2018.

        JASON R. DUNN
        United States Attorney

        By: s/Pete Hautzinger
        Pete Hautzinger
        Assistant U.S. Attorney
        U.S. Attorney's Office
        205 N. 4th St., Ste. 400
        Grand Junction, CO 81501
        Telephone: 970-241-3843
        E-mail:   Peter.Hautzinger@usdoj.gov
        Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR A THREE-LEVEL DOWNWARD DEPARTURE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Barrett Weisz
weiszllc@gmail.com

    *s/ Cosandra Foster*
    COSANDRA FOSTER
    Paralegal Specialists
    U.S. Attorney's Office
    205 N. 4th Street, Suite 400
    Grand Junction, CO 81501
    Telephone (970) 241-3843
    Fax (970) 248-3630
    E-mail: cosandra.foster@usdoj.gov