FILED ___ LODGED
RECEIVED ___ COPY

AUG 2 1 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| PROB 22 (D\CO 01/03) | | DOCKET NUMBER (Tran. Court) 1:18-cr-00331-MSK-GPG-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) CR-19-50159-TUC-JAS(BGM) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: RICARDO DANIEL-ZEFERINO | DISTRICT District of Colorado | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Marcia S. Krieger | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 01/07/2019 — TO 01/06/2022 |

OFFENSE: Illegal Re-entry after Deportation, 8 U.S.C. § 1326(a) and (b)(1), (Felony)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>District of Colorado</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 8/19/19 | *[signed]* Marcia S. Krieger |
|---|---|
| Date | Senior United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>District of Arizona</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

| 8/21/19 | *[signed]* |
|---|---|
| Effective Date | United States District Judge |